UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00322-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS EUGENE TAYLOR,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Tuesday, September 4, 2007,** and responses to these motions shall be filed by **Friday, September 14, 2007.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, September 26, 2007, at 9:00 a.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 4-day jury trial is set to commence **Tuesday, October 9, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: August 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge