UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00322-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS EUGENE TAYLOR,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on Defendant's Motion for Relief from Court's Order of November 13, 2007 (filed December 6, 2007). Defense counsel requests relief from the Court's Order of November 13, 2007, which ordered the parties to contact the Court by December 7, 2007, to reset the trial in this case. He argues that this would be a futile gesture since Defendant is currently a fugitive.

    Having reviewed the motion and being fully advised in the premises, I grant the motion. I find that speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(3)(A) as Defendant is absent and not available for trial. Counsel shall advise the Court once Defendant is returned to custody.

    In conclusion, it is

    ORDERED that Defendant's Motion for Relief from Court's Order of November 13, 2007, is **GRANTED**. It is

FURTHER ORDERED that speedy trial deadlines are tolled pursuant to 18 U.S.C. §§ 3161(h)(3)(A) as the Defendant is a fugitive and is not available for trial. It is

FURTHER ORDERED that counsel shall advise the Court once Defendant is returned to custody.

Dated: December 10, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge