**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00322-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS EUGENE TAYLOR,

    Defendant.

---

ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss Count Two of the Indictment, and the Court having considered the same, it is hereby

ORDERED that Count Two of the Indictment is dismissed.

DATED this 28th day of October, 2008.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        UNITED STATES DISTRICT CHIEF JUDGE